# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DEANNA C. JUMP, INCORPORATED,

    Plaintiff,

v.                                            Case No: 6:20-cv-1517-Orl-78LRH

HOPE KING and HOPE KING
TEACHING RESOURCES, INC,

    Defendants.

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal (Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on November 18, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record